# LINDOW ▪ STEPHENS ▪ TREAT LLP

## ATTORNEYS

TELEPHONE: (210) 227-2200
FACSIMILE: (210) 227-4602

ONE RIVERWALK PLACE
700 N ST. MARY'S STREET, SUITE 1700
SAN ANTONIO, TEXAS 78205

CHASE TOWER
200 S. 10TH STREET, SUITE 701
MCALLEN, TEXAS 78501

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/29/2015 3:14:10 PM
KEITH E. HOTTLE
Clerk

October 29, 2015

***Via electronic filing***

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re:  Cause No. 392757; *John Doe and Jane Doe, Individually and as Next Friends of XXX, A Minor v. USAA Texas Lloyd's Company*; In the County Court at Law No. 5, Bexar County, Texas

Dear Clerk of the Fourth Court of Appeals:

Enclosed please find a copy of the Notice of Appeal electronically filed in the action styled John Doe and Jane Doe, Individually and as Next Friends of XXX, a Minor, v. USAA Texas Lloyds Company, Cause of Action No. 392757, appealing a judgment entered by the Honorable Walden Sheldon on June 26, 2015. Please note that the Notice of Appeal was timely filed in with the County Clerk of Bexar County, Texas on July 27, 2015, as is indicated by both the "Submit Date" in the lower right hand corner of the notice of appeal and by the trial court's docket sheet. A copy of the clerks' record was requested by my office on August 17, 2015

I have recently learned that the County Clerk of Bexar County, Texas appears not to have forwarded the Notice of Appeal to the Fourth Court of Appeals, despite the requirements of Texas Rule of Appellate Procedure 25.1(f). I have spoken orally with employees of the Clerk's Office of the Fourth Court of Appeal, who have instructed me to submit this timely-filed notice of appeal directly to the Fourth Court of Appeals. I am now doing so.

Sincerely,

Theodore Schultz